## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHANDELLE A. CHAVEZ,

       Plaintiff,

vs.                                No. 17-cv-813 JAP/SCY

CITY OF ALBUQERUQUE d/b/a FAMILY AND
COMMUNITY SERVICES DEPARTMENT,
DOUGLAS CHAPLIN, in his individual and official capacity,
ELLEN BRADEN, in her individual and official capacity, and
ANDREW QUINTANA, in his individual and official capacity,

       Defendants.

## ENTRY OF APPEARANCE

    Nicholas T. Hart of the firm of Freedman Boyd Hollander Goldberg Urias & Ward, P.A., enters his appearance in this matter on behalf of Plaintiff Chandelle Chavez.

                                FREEDMAN BOYD HOLLANDER
                                GOLDBERG URIAS & WARD, P.A.

                                By: /s/ Nicholas T. Hart
                                       Nicholas T. Hart
                                20 First Plaza, Suite 700 (87102)
                                P.O. Box 25326
                                Albuquerque, NM 87125
                                Phone: (505) 842-9960
                                Email:  nickh@fbdlaw.com

                                *Attorneys for Plaintiff Chandelle Chavez*

I hereby certify that a true and correct
copy of the foregoing pleading was
electronically filed and e-mailed
this 22nd day of March, 2018,
to the following:

Ethan D Watson
GermanBurnette & Associates, LLC
11728 Linn Ave. NE
Albuquerque, NM 87123
505-292-9676
Fax: 505-275-1283
Email: ethan@germanassociates.com

Samantha M. Hults
City of Albuquerque, Legal Department
PO Box 2248
Albuquerque, NM 87103
(505) 768-4500
Fax: (505) 768-4400
Email: shults@cabq.gov

Elizabeth L. German
GermanBurnette & Associates, LLC
11728 Linn Ave. NE
Albuquerque, NM 87123
505-292-9676
Fax: 505-275-1283
Email: Beth@germanassociates.com


Jason Michael Burnette
GermanBurnette & Associates, LLC
11728 Linn Ave. NE
Albuquerque, NM 87123
505-292-9676
Fax: 505-275-1283
Email: jason@germanassociates.com
*Counsel for Defendants*


/s/ Nicholas T. Hart
Nicholas T. Hart