# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Chavez v. City of Albuquerque Family and Community Services et al*
17-cv-813 JAP/SCY

October 25, 2018

**PLAINTIFFS' ATTORNEY PRESENT:**          Vincent Ward; Nicholas Hart

**DEFENDANTS' ATTORNEYS PRESENT:**          Jason Burnette

**TYPE OF PROCEEDING:**   Status Conference
                          Total Time – 9 mins

**CLERK'S MINUTES:**
- The parties entered their appearances.
- The Court inquired as to the nature of the parties' discovery disputes. Plaintiff's counsel informed the Court that they intend to seek an extension of the current discovery deadline so that they can take some depositions the parties delayed until after the mediation. Because the mediation was unsuccessful, the parties are now in the process of rescheduling the depositions but will not be able to complete the depositions until after the current discovery deadline. Defense counsel did not oppose the request to extend the discovery deadline to take these depositions. The Court asked the parties to submit an unopposed motion and proposed order.
- Plaintiff's counsel next informed the Court of their intention to file a motion to compel to resolve some discrete discovery disputes. The Court inquired as to whether an extension of the remaining pretrial deadlines was necessary due to the motion to compel. The parties agreed that an extension of the pretrial motions or the pretrial order deadlines was not necessary at this time.
- The Court stated it will monitor the docket for the filing of the discovery motions.
- The Court concluded the conference.