IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHANDELLE A. CHAVEZ,

    Plaintiff,

vs.                                                            No. 17-CV-813 JAP/SCY

CITY OF ALBUQUERQUE d/b/a FAMILY AND
COMMUNITY SERVICES DEPARTMENT,
DOUGLAS CHAPLIN in his personal and official capacity,
ELLEN BRADEN, in her personal and official capacity, and
ANDREW QUINTANA, in his personal and official capacity.

    Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendants, City of Albuquerque and Douglas Chaplin, Ellen Braden and Andrew Quintana by and through counsel of record, German•Burnette & Associates, LLC, by Jason M. Burnette and Plaintiff, by and through counsel of record, Freedman Boyd Hollander Goldberg Urias & Ward, by Vincent J. Ward, and Law Offices of Nicholas T. Hart, by Nicholas T. Hart, hereby request that this Court grant their Joint Motion to Dismiss Plaintiff's Complaint with Prejudice. As grounds therefore, the parties state that they have resolved all issues in dispute in this matter, and they wish to have this matter dismissed with prejudice.

WHEREFORE, the parties pray the Court enter an Order dismissing with prejudice any and all causes of action Plaintiff did bring or could have brought against Defendants City of Albuquerque and Douglas Chaplin, Ellen Braden and Andrew Quintana and for what other relief is just and proper.

                                                Respectfully submitted,

                                                *CITY OF ALBUQUERQUE*

                                                Esteban A. Aguilar, Jr., City Attorney

> *Approved on January 25, 2019*
> By: *Melissa M. Kountz*
> SAMANTHA M. HULTS
> MELISSA M. KOUNTZ
> Assistant City Attorneys
> Post Office Box 2248
> Albuquerque, NM 87103
> 505-768-4500
>
> *German • Burnette & Associates, LLC*
>
> */s/ Jason M. Burnette*
> JASON M. BURNETTE
> *Attorneys for Defendants*
> 11728 Linn Ave. NE
> Albuquerque, NM 87123
> (505) 292-9676
>
> *Freedman Boyd Hollander Goldberg Urias & Ward PA*
>
> *Approved on January 29, 2019*
> */s/ Vincent J. Ward*
> VINCENT J. WARD
> *Attorney for Plaintiff*
> 20 First Plaza, Suite 700
> Albuquerque, NM 87102
> (505) 842-9960
>
> *Law Offices of Nicholas T. Hart*
>
> *Approved on January 29, 2019*
> */s/ Nicholas T. Hart*
> NICHOLAS T. HART
> *Attorney for Plaintiff*
> P.O. Box 27721
> Albuquerque, NM 87125-7721
> (505) 373-0924

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January, 2019, I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

> */s/ Jason M. Burnette*
> JASON M. BURNETTE